1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                            OAKLAND DIVISION
8

| | |
|---|---|
| KRISTY GAMAYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATCH.COM, L.L.C.,<br><br>Defendant. | Case No:  C  11-00762 SBA<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO RESET HEARING**<br><br>Docket 21 |

The Court has read and considered the papers submitted in connection with Defendant's Administrative Motion to Reset Hearing on Plaintiff's Motion to Appoint Interim Class Counsel Pursuant to Civil Local Rule 7-11.  Finding good cause,

IT IS HEREBY ORDERED THAT:

1.     Defendant's administrative motion is GRANTED.

2.     The hearing on Plaintiff's Motion to Appoint Interim Class Counsel (Dkt. 5) is CONTINUED from June 7, 2011 to July 19, 2011 at 1:00 p.m.

3.     The briefing schedule applicable to Defendant's Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer (Dkt. 17) is MODIFIED as follows:  Plaintiff's opposition, which may not exceed fifteen (15) pages, shall be filed by April 15, 2011, and Defendant's reply, which may not exceed ten (10) pages, shall be filed by April 22, 2011.  The June 21, 2011, hearing date on the motion shall remain unchanged.  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R.

1  7-1(b).  The parties are advised to check the Court's website to determine whether an
2  appearance is required.
3        4.     This Order terminates Docket 21.
4      IT IS SO ORDERED.
5  Dated: March 29, 2011

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge